Case 4:22-cv-00147 Document 1 Filed on 01/13/22 in TXSD Page 1 of 6

United States Courts
Southern District of Texas
FILED

JAN 13 2022

Nathan Ochsner, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS FOR THE HOUSTON DIVISION

Destined George #1533363

Civil Action No. _____

V.

Street Pixs (sued in their individual and official capacity)

## ORIGINAL COMPLAINT

**Jurisdiction:** 1. This is a civil action authorized by 28 U.S.C. § 1331 and 1332 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. § 2201 and 2202.

**Venue:** 2. The Southern district of texas is an appropriate venue under 28 U.S.C. § 1391 because it is where the defendants initiated the events.

**Facts:** 3. In response to an advertisement plaintiff attempted to make a purchase of 200 photos priced at $45.00 by purchasing a money order to pay with by mail 1/27/21. On 2/4/21 I attempted to buy an additional 1,002 photos with 358 stamps at face value which amounted to a $200.48 payment at the time relevant to this case by mail also, this advertisement stated if you buy 1,000 or more photos they'll be .20¢ each. I then proceeded to set up a prepaid account with the defendants assuming the delay was due to the prison and mailed 358 stamps on 2/25/21 which would've given me a $200.48 balance and their "V.I.P. Status." I became combative with skepticism when inquiring the designated officers about my order and grew excessively anxious and required psychiatric attention and adjustments, this created an ill relationship with the officer and I. I began sending letters to the defendants for assistance with being issued my orders and depression surfaced as I realised I've gotten swindled and required psychiatric attention and adjustments. I contacted the Better Business

Bureau and the defendants evaded them also. The B.B.B concluded their investigation and recomended that I take legal action.

<u>Claims</u>: 4. Defendants violated the; Customer rights act of V.A., Customer rights act of T.X., lanham Act, V.A. Unfair trade act, T.X. Unfair trade act, 15 U.S.C.S.§1125(a)(1)(B), Unfair Trade Practices and Consumer Protection Law. The Defendants actions constitutes; Mail Fraud, Consumer Fraud, Fraud, False advertisement, and Breach of Contract by participating in the alleged facts, under the CIVIL R.I.C.O..

<u>Relief</u>: 5 Wherefore, plaintiff respectfully pray that this court enter a judgment granting plaintiff a declaration that the acts and omissions described herein violated his rights and statutes of the united states and Compensatory damages amounting to $20,000 and punitive damages amounting to $75,000 and expectancy damages amounting to $250,000 and discretionary damages amounting to $650,000 and Statutory damages amounting to $1,000,000 against the defendants jointly and severally. Plaintiff also seeks recovery of costs in this suit and any additional relief this court deems just, proper, and equitable.

Respectfully submitted,

Destined George 12·26·21

Destined George #1533363
Red Onion State Prison – P.O. Box 970
Pound, VA 24279

I swear under penalty of perjury that the foregoing is true and correct.

Destined George 12·26·21

# IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS FOR THE HOUSTON DIVISION

Destined George #1533363

v.

Street Pixs

Civil action No.: _____

## Request For Service By A Marshal Or Someone Specially Appointed

Pursuant to Fed. R. Civ. P. 4(c)(3) plaintiff motions this honorable Court appoint someone to serve the defendants on my behalf; The only address plaintiff has is the place of business at: Street Pixs, P.O. Box 302, Humble, TX 77347-0302.

Destined George 12.29.21

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Destined George #1533363
V.
Street Pixs

Civil Action No.: _____

## Declaration of Inmate Filing

I'm an Inmate Confined in an institution Today on 12·29·21 I am depositing; a Complaint, a Request for Service by a marshal or Someone Specially appointed, a Request to Proceed in forma Pauperis, and a Summons into the institutional Mail with prepaid postage.

I Swear under penalty of perjury that the foregoing is true and correct.

*Destined George* 12·29·21

# IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS FOR THE HOUSTON DIVISION

Destined George #1533363

V.

Street Pixs

## Summons In A Civil Action

To: Street Pixs, P.O. Box 302, Humble, TX 77347-0302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you recieved it) – or 60 days if your the U.S. or a U.S. agency, or an officer or empolyee of the U.S. described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the Plantiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or Plaintiff's attorney, whose name and address are; Destined George #1533363, Red onion State Prison, P.O. Box 970, pound, VA 24279.

IF you fail to respond, Judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

Clerk of court

Date _____          _____

Destined George #1523363
Red Onion State Prison
C-133
P.O. Box 970
Pound, VA 24279

C133

United States Courts
Southern District of Texas
FILED
JAN 13 2022
Nathan Ochsner, Clerk of Court

RECEIVED
DEC 30 2021
MAILROOM

U.S. District Court Southern district of Texas
P.O. Box 61010
Houston, TX 77208